PUBLISH

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
MAY 11 2000
THOMAS K. KAHN
CLERK

No. 98-6261

D. C. Docket No. CV-97-D-1396-N

BILL PRYOR, Attorney General for the State of
Alabama, STATE OF ALABAMA,

Plaintiffs-Appellants,

versus

JANET RENO, Attorney General of the United States,
UNITED STATES OF AMERICA,

Defendants-Appellees.

Appeal from the United States District Court
for the Middle District of Alabama

**(May 11, 2000)**

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before TJOFLAT, Circuit Judge, GODBOLD and HILL, Senior Circuit Judges.

BY THE COURT:

The Supreme Court of the United States, having vacated and remanded this case for further consideration in the light of *Reno v. Condon*, 528 U.S. _____ (2000), it is therefore

ORDERED AND ADJUDGED,

that the judgment of the district court in the above-referenced case is hereby VACATED and the case is REMANDED to the United States District Court for the Middle District of Alabama for further consideration in light of *Reno v. Condon*, 528 U.S. _____ (2000).

DONE AND ORDERED this 11th day of May, 2000.